IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE A MACHINE SHOP INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS G. OLSEN, <br><br> Defendant. <br> _____/ | No. C 07-02371 CRB <br><br> **ORDER RE: REQUEST FOR STAY OF PROCEEDINGS AND APPOINTMENT OF COUNSEL** |

    Defendant's request for a stay of proceedings and appointment of counsel is DENIED. The Court is cognizant that "the pro se litigant is far more prone to making errors in pleading than the person who benefits from the representation of counsel," since pro se litigants are "[p]resumably unskilled in the law." Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir. 1987). The Court notes, however, that Defendant represented himself in a previous lawsuit that he brought against the same adversaries who filed this lawsuit against him. The Court is aware of its role in protecting the interests of pro se litigants and ensuring the fairness of the

//
//
//
//
//

1  proceedings.  Accordingly, the Court is prepared to grant Defendant reasonable
2  accommodations during the proceedings in light of his difficult circumstances.
3      **IT IS SO ORDERED.**

Dated:  August 7, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE