```
 1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
    Daniel F. Cook (State Bar No. 70484)
 2  101 California Street, Suite 2050
    San Francisco, CA 94111
 3  Telephone:  (415) 421-6140
    Facsimile:  (415) 398-5030
 4
 5  Counsel for Plaintiff and Party-In-Interest
    TRIPLE A MACHINE SHOP, INC.
 6
 7
```

## UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE A MACHINE SHOP, INC., <br><br>    Plaintiff /Party-In-Interest, <br><br>vs. <br><br>THOMAS G. OLSEN, <br><br>    Defendant/Claimant. | No.  C-07-2371-CRB <br><br> STIPULATION RE <br>    (1) FURTHER CASE MANAGEMENT CONFERENCE DATE, <br>    (2) HEARING DATE ON OLSEN MOTION FOR SUMMARY JUDGMENT/DISMISSAL <br>    (3) HEARING DATE ON OLSEN MOTION FOR COMPETENCY HEARING <br><br> AND ORDER ~~(PROPOSED)~~ |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF LABOR and DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, <br><br>    Real Parties-In-Interest. | |

### STIPULATION

Plaintiff and party-in-interest TRIPLE A MACHINE SHOP, INC. real party-in-interest DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, and defendant THOMAS G. OLSEN hereby stipulate to the following:

1. The presently set date of November 30, 2007, at 8:30 a.m., for the Further Case Management Conference be continued to December 14, 2007, at 10:00 a.m.

2. The presently set date of December 7, 2007, at 10:00 a.m., for hearing on the OLSEN motion for summary judgment/dismissal be continued to December 14, 2007, at 10:00 a.m.

3. The presently set date of December 14, 2007, at 10:00 a.m., for hearing on the OLSEN motion for competency hearing remain scheduled for that date and time.

The purpose of this stipulation is to put the hearing on the two motions and the Further Case Management Conference on the same date and time, so they can all be considered at the same time in the interests of judicial economy.

The parties further stipulate that the time for filing any opposition and reply shall be calculated from the new hearing date of December 14, 2007, assuming this Court approves this stipulation.

Dated: November 15, 2007                    KASOWITZ, BENSON, TORRES & FRIEDMAN

                                            By_____
                                                    Daniel F. Cook

                                            Counsel for Plaintiff & Party-In-Interest
                                            TRIPLE A MACHINE SHOP, INC


Dated: November ___, 2007                   By_____
                                                    Peter B. Silvain, Jr.

                                            Counsel for the Director, Office of
                                            Workers' Compensation Programs,
                                            U.S. Department of Labor


Dated: November ___, 2007                   By _____

                                            Defendant THOMAS G. OLSEN

STIPULATION AND ORDER (PROPOSED)            2
RE FURTHER CASE MGMT. CONF. AND MOTIONS
HEARING DATES                               No. C-07-2371-CRB

8002881

1.     1.    The presently set date of November 30, 2007, at 8:30 a.m., for the Further Case Management Conference be continued to December 14, 2007, at 10:00 a.m.

2.     2.    The presently set date of December 7, 2007, at 10:00 a.m., for hearing on the OLSEN motion for summary judgment/dismissal be continued to December 14, 2007, at 10:00 a.m.

3.     3.    The presently set date of December 14, 2007, at 10:00 a.m., for hearing on the OLSEN motion for competency hearing remain scheduled for that date and time.

The purpose of this stipulation is to put the hearing on the two motions and the Further Case Management Conference on the same date and time, so they can all be considered at the same time in the interests of judicial economy.

The parties further stipulate that the time for filing any opposition and reply shall be calculated from the new hearing date of December 14, 2007, assuming this Court approves this stipulation.

Dated: November ___, 2007

KASOWITZ, BENSON, TORRES & FRIEDMAN

By_____
    Daniel F. Cook

Counsel for Plaintiff & Party-In-Interest
TRIPLE A MACHINE SHOP, INC

Dated: November 13, 2007

By_____
    Peter B. Silvain, Jr.

Counsel for the Director, Office of
Workers' Compensation Programs,
U.S. Department of Labor

Dated: November ___, 2007

By_____

Defendant THOMAS G. OLSEN

STIPULATION AND ORDER (PROPOSED)
RE FURTHER CASE MGMT. CONF. AND MOTIONS
HEARING DATES

2

No. C-07-2371-CRB

8001860

1. The presently set date of November 30, 2007, at 8:30 a.m., for the Further Case Management Conference be continued to December 14, 2007, at 10:00 a.m.

2. The presently set date of December 7, 2007, at 10:00 a.m., for hearing on the OLSEN motion for summary judgment/dismissal be continued to December 14, 2007, at 10:00 a.m.

3. The presently set date of December 14, 2007, at 10:00 a.m., for hearing on the OLSEN motion for competency hearing remain scheduled for that date and time.

The purpose of this stipulation is to put the hearing on the two motions and the Further Case Management Conference on the same date and time, so they can all be considered at the same time in the interests of judicial economy.

The parties further stipulate that the time for filing any opposition and reply shall be calculated from the new hearing date of December 14, 2007, assuming this Court approves this stipulation.

Dated: November ___, 2007            KASOWITZ, BENSON, TORRES & FRIEDMAN

                                     By_____
                                        Daniel F. Cook

                                     Counsel for Plaintiff & Party-In-Interest
                                     TRIPLE A MACHINE SHOP, INC

Dated: November ___, 2007            By_____
                                        Peter B. Silvain, Jr.

                                     Counsel for the Director, Office of
                                     Workers' Compensation Programs,
                                     U.S. Department of Labor

Dated: November 7, 2007              By [signature]

                                     Defendant THOMAS G. OLSEN

STIPULATION AND ORDER (PROPOSED)     2
RE FURTHER CASE MGMT. CONF. AND MOTIONS
HEARING DATES                                       No. C-07-2371-CRB

8001860

**ORDER ~~(PROPOSED)~~**

Based upon the above stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The presently set date of November 30, 2007, at 8:30 a.m., for the Further Case Management Conference be and hereby is continued to December 14, 2007, at 10:00 a.m.

2. The presently set date of December 7, 2007, at 10:00 a.m., for hearing on the OLSEN motion for summary judgment/dismissal be and hereby is continued to December 14, 2007, at 10:00 a.m.

3. The presently set date of December 14, 2007, at 10:00 a.m., for hearing on the OLSEN motion for competency hearing shall remain scheduled for that date and time.

4. The time for filing any opposition and reply shall be calculated from the new hearing date of December 14, 2007, on both motions.

Dated: November 15, 2007



Charles R. Breyer
United States District Judge

STIPULATION AND ORDER (PROPOSED)    3
RE FURTHER CASE MGMT. CONF. AND MOTIONS
HEARING DATES                                               No. C-07-2371-CRB

8002881