IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE A MACHINE SHOP INC., | No. C 07-02371 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS G. OLSEN, | |
| Defendant. | |

In an effort to balance the defendant's need for inpatient care with the Court's desire to prevent any further delay in the resolution of this action, the hearing scheduled for Wednesday, January 9, 2008 at 3:30pm. will remain on calendar, but the defendant will be permitted to appear by telephone. The Court expects that all other counsel will appear in person.

By Tuesday, January 8, 2008, the defendant will provide the Court with a telephone number where he can be contacted for purposes of the hearing.

**IT IS SO ORDERED.**



Dated: January 4, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE