IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE A MACHINE SHOP INC., | No. C 07-02371 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS G. OLSEN, | |
| Defendant. | |

Plaintiff's motion for leave to file motion for reconsideration is DENIED. Triple A understandably seeks to terminate its payments into the Special Fund, but granting such relief would render the Court's sanction compensatory. See United States v. United Mine Workers, 330 U.S. 258, 304 (1947). Judge Mapes sought – and the Court purposefully imposed – a sanction designed to coerce Olsen into participating in an adjudication of the 33 U.S.C. § 922 proceeding. That Triple A may continue to pay for Olsen's delay is of no moment; the Court's singular goal is to pressure Olsen into adjudicating Triple A's claim and the Court believes the current sanction will most appropriately and capably effectuate that result.

**IT IS SO ORDERED.**

Dated: January 23, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2371\Reconsideration Order.wpd