IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE A MACHINE SHOP INC., | No. C 07-02371 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS G. OLSEN, | |
| Defendant. | |

Based upon the representation of Administrative Law Judge Steven B. Berlin that Defendant Thomas Olsen has participated in good faith in the resolution of Plaintiff Triple A's 33 U.S.C. § 922 action, the Court orders the Secretary of Labor to reassign disability checks paid pursuant to Office of Workers Compensation Programs claim number 13-056511 from this Court to Thomas Olsen.  In addition, the Clerk of the Court is ordered to return to Olsen all funds that have been deposited in the Court by the Department of Labor pursuant to the Court's order of January 11, 2008.  This order is to take effect – absent any intervening order – on August 5, 2008.

**IT IS SO ORDERED.**

Dated: July 21, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2371\Compensation Reassignment Order.wpd